## Illinois Casket Company, Appellant, v. Adolph Cohn, Trading as Central Funeral Home, Appellee.

### Gen. No. 42,787.

opinion filed May 2, 1944. Harry S. Greenstein, for appellant; Harry F. Brewer, of counsel; Black & Beermann, for appellee; Benjamin H. Black, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.